```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PINCHAS RAUL,                                                          :
                                                                       :
                                  Plaintiff,                           :
                                                                       :   21 Civ. 10573 (JPC)
                   -v-                                                 :
                                                                       :   ORDER
                                                                       :
COLUMBIA BANKING SYSTEM, INC., et al.,                                 :
                                                                       :
                                  Defendants.                          :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      This case has been assigned to the undersigned for all purposes. On January 6, 2022 the Court ordered the parties to appear for an Initial Pretrial Conference on March 28, 2022 at 11:30 a.m. Because Plaintiff has not yet filed proof of service on the docket, the Court adjourns the Initial Pretrial Conference until April 4, 2022 at 10:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The Court reminds Plaintiff that it must serve Defendants by March 10, 2022. *See* Fed. R. Civ. P. 4(m) (absent showing good cause, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time").

      SO ORDERED.

Dated: February 22, 2022  
       New York, New York  
                                                        JOHN P. CRONAN  
                                               United States District Judge