# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINCHAS RAUL,<br><br>        Plaintiff,<br><br>v.<br><br>COLUMBIA BANKING SYSTEM, INC., CRAIG D. EERKES, LAURA ALVAREZ SCHRAG, FORD ELSAESSER, MARK A. FINKELSTEIN, ERIC S. FORREST, THOMAS M. HULBERT, MICHELLE MILLER LANTOW, RANDAL L. LUND, TRACY MACK-ASKEW, S. MAE FUJITA NUMATA, ELIZABETH WHITEHEAD SEATON, CLINT E. STEIN, and JANINE T. TERRANO,<br><br>        Defendants. | Civil Action No. 1:21-cv-10573-JPC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Pinchas Raul hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 25, 2022

                                                    Respectfully submitted,

                                                    By: */s/ Joshua M. Lifshitz*
                                                    Joshua M. Lifshitz
                                                    Email: jml@jlclasslaw.com
                                                    **LIFSHITZ LAW FIRM, P.C.**
                                                    1190 Broadway
                                                    Hewlett, New York 11557
                                                    Telephone: (516) 493-9780
                                                    Facsimile: (516) 280-7376

2

*Attorneys for Plaintiff*

2